

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: ROSA SERRANO, | § | No. 08-15-00269-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | ON PETITION FOR WRIT |
| | § | OF HABEAS CORPUS |
| | § | |

### J U D G M E N T

The court has considered this cause on the Relator's petition for writ of habeas corpus seeking relief from a contempt order entered by the Honorable Virgil Mulanax, Presiding Judge of the County Court of Law No. 7 of El Paso County, Texas, and concludes that Relator's petition for writ of habeas corpus should be denied. We therefore deny the petition for writ of habeas corpus, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 19TH DAY OF AUGUST, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
(Hughes, J., not participating)